Loancare LLC

PO Box 60509

City of Industry, CA 91716


US Department of Justice

950 Pennsylvania Avenue NW

Washington, DC 20530-0001


Xiaonan Li

4824 S Apricot Way

Ontario, CA 91762


Dorothy Li

4824 S Apricot Way

Ontario, CA 91762


Park Place Master Community Association

PO Box 30354

Tampa, FL 33630-3354


Capital One Financial Corporation

PO Box 31293

Salt Lake City, UT 84131


Discover Financial Services Inc

PO Box 31293

Salt Lake City, UT 84131