Zheng "Andy" Liu (CBN 279327)
*Aptum Law*
1660 South Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us

*Attorney for Debtor Dongquan Jin*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No. 6:26-bk-15474-SY |
|---|---|
| DONGQUAN JIN, | Chapter 13 |
| Debtor. | **DECLARATION OF DONGQUAN JIN** |

I, Dongquan Jin, declare as follows:

1. I am the Debtor in the above-captioned chapter 13 bankruptcy case. I have personal knowledge of all matters stated herein and if called to testify, I could competently testify thereto.

2. This case was commenced by the filing of a voluntary petition on July 7, 2026.

**DECLARATION OF DONGQUAN JIN**

3.     My primary purpose in seeking relief under Chapter 13 was to prevent the imminent foreclosure of my home. My intent has always been to utilize the bankruptcy process to allow me the necessary time to either cure the mortgage arrearage or to sell the property.

4.     After the filing of my bankruptcy petition, I have continued my usual self-employment installing water heaters and performing handyman work for clients in the Greater Los Angeles Area.

5.     In my spare time I have also taken on additional part-time food delivery work to supplement my income, which has added to the demands on my schedule and made my income less predictable.

6.     Recently, my wife has started a new job and is still adjusting to the demands of that position, which has added further instability to our household income.

7.     Based on the current income from my self-employment, I estimate that I will have sufficient income to cure the arrearage on my mortgage and to fund a feasible Chapter 13 plan. However, I still need additional time to work out the exact figures and calculations necessary to propose a plan that is feasible and complies with the requirements of the Bankruptcy Code.

**DECLARATION OF DONGQUAN JIN**

8.   When I filed my initial petition, I genuinely believed that I could meet the current deadline to complete the necessary schedules, statements, and Chapter 13 plan with the help of my attorney.

9.   Yet, due to the unavailability of several creditors to provide necessary information for the required schedules, I am unable to meet the current July 21, 2026, deadline to submit the required schedules and forms.

10.   Thus, I respectfully request that the Court grant a brief extension of time until August 4, 2026, to finalize and file the required documents with my attorney.

11.   This is my first extension request.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 21, 2026.

_____
Dongquan Jin

**DECLARATION OF DONGQUAN JIN**

3

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing

document and accompanying order has been sent by electronic mail to those show. On

the Notice of Electronic Filing receipt issued by the Clerk of Court, by personal delivery

and/or by placing a copy of the same in the United States First Class Mail with sufficient

postage to ensure delivery to its destination on the following:

**DECLARATION OF DONGQUAN JIN**

Dated: July 21, 2026



By: _____
                    Oscar Lam
Law Clerk to Attorney Zheng Liu

**DECLARATION OF DONGQUAN JIN**

4