Zheng "Andy" Liu (CBN 279327)
*Aptum Law*
1660 South Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us

*Attorney for Debtor Dongquan Jin*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No. 6:26-bk-15474-SY |
|---|---|
| DONGQUAN JIN, | Chapter 13 |
| Debtor. | **[PROPOSED] ORDER ON EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS** |

The Court has reviewed the Debtor(s) *Ex Parte* Motion to extend time to file certain missing case related documents filed with this Court on July 21, 2026 (the "*Ex Parte* Motion"). The case trustee and the U.S. Trustee have been given electronic notice of the *Ex Parte* Motion as required by FRBP 1007(c) and no objection has been filed.

///

///

**ORDER ON EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS**

1

The Court's Order for individuals in chapter 13 case to file required documents and notice of automatic dismissal required the missing documents to be filed with the Court no later than July 21, 2026. Based on the *Ex Parte* Motion, and good cause appearing,

**IT IS HEREBY ORDERED** that the time set forth in the Order for the Debtor(s) to filed the required missing documents shall be extended until August 4, 2026.

**\*\*END OF ORDER\*\***

ORDER ON EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS

**COURT SERVICE LIST**

ORDER ON EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS

3