**CHAMBERS PREPARED ORDER**

FILED & ENTERED

JUL 24 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

In re:

DONGQUAN JIN,

Debtor(s)

Case No.: 6:26-bk-15474-SY

Chapter 13

**ORDER DENYING DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**

The court having considered the Debtor's Motion to Extend Time to File Case Opening Documents ("Motion"), and the record of this case, and no good cause appearing,

IT IS ORDERED that the Motion is denied.

###

Date: July 24, 2026

Scott H. Yun
United States Bankruptcy Judge