United States Bankruptcy Court

Central District of California

In re:                                                                    Case No. 26-15474-SY

Dongquan Jin                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 24, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

**Recip ID                     Recipient Name and Address**
db                     +  Dongquan Jin, 4824 S Apricot Way, Ontario, CA 91762-7285

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:

**Name                              Email Address**

Christina J Khil
                                          on behalf of Interested Party Courtesy NEF christinao@mclaw.org  CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com

Rod Danielson (TR)
                                          notice-efile@rodan13.com

United States Trustee (RS)
                                          ustpregion16.rs.ecf@usdoj.gov

Zheng Liu
                                          on behalf of Debtor Dongquan Jin Andy.Liu@AptumLaw.us
                                          4662851420@filings.docketbird.com,bjliuzheng@recap.email,hkoscarlam@gmail.com

TOTAL: 4

**CHAMBERS PREPARED ORDER**

FILED & ENTERED

JUL 24 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| In re: | Case No.: 6:26-bk-15474-SY |
|---|---|
| DONGQUAN JIN, | Chapter 13 |
| Debtor(s) | **ORDER DENYING DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** |

The court having considered the Debtor's Motion to Extend Time to File Case Opening Documents ("Motion"), and the record of this case, and no good cause appearing,

IT IS ORDERED that the Motion is denied.

###

Date: July 24, 2026

Scott H. Yun
United States Bankruptcy Judge